# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   STANLEY R ROBINSON JR            §            Case No.: 09-12319
        VERNA L ROBINSON                §
                                        §
                                        §
                                        §
        Debtor(s)                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2009.

2) This case was confirmed on 06/11/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/02/2010, 08/03/2010, 02/01/2011.

5) The case was dismissed on 06/09/2011.

6) Number of months from filing to the last payment:  25

7) Number of months case was pending:  29

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   41,796.67

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 37,230.00 |
| Less amount refunded to debtor | $ 184.70 |
| **NET RECEIPTS** | $ 37,045.30 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,300.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,189.87 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,489.87 |
| Attorney fees paid and disclosed by debtor | $ 1,200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BAC HOME LOANS SERVI | SECURED | 205,439.41 | 181,114.41 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 26,109.90 | 16,347.61 | 16,347.61 | .00 |
| COUNTRYWIDE HOME LNS | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 11,955.00 | 18,694.10 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 6,600.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 7,295.00 | 11,098.02 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 3,769.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 9,000.00 | 5,795.59 | 5,795.59 | 5,795.59 | .00 |
| ADT | UNSECURED | 752.19 | NA | NA | .00 | .00 |
| ADT | OTHER | .00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 495.08 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 750.00 | 194.26 | 194.26 | 47.53 | .00 |
| ARONSON FURNITURE | UNSECURED | 4,151.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 491.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 463.60 | 1,001.60 | 1,001.60 | 297.37 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| FFPM CARMEL HOLDINGS | UNSECURED | 1,463.81 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | 1,136.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC | UNSECURED | 554.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,102.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 2,363.00 | 2,300.00 | 2,300.00 | 682.83 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 4,891.50 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY FO | UNSECURED | 520.37 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYSICIA | UNSECURED | 100.27 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | OTHER | .00 | NA | NA | .00 | .00 |
| MCHENRY LABORATORY S | UNSECURED | 24.00 | NA | NA | .00 | .00 |
| MIDWEST CLINICAL IMA | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| MIDWEST ORTHOPAEDICS | UNSECURED | 85.02 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 3,488.88 | 3,554.00 | 3,554.00 | 1,055.13 | .00 |
| NCO FINANCIAL SYS IN | UNSECURED | 591.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYS | OTHER | .00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 5,687.50 | 5,687.50 | 5,687.50 | 1,688.52 | .00 |
| NUVELL AUTO CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 613.66 | 606.12 | 606.12 | 179.96 | .00 |
| PREMIER BANKCARD | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 445.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | UNSECURED | 35.45 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 42.84 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 88.95 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | UNSECURED | 364.82 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY | UNSECURED | 691.71 | NA | NA | .00 | .00 |
| RUSH | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY HEAD & NE | UNSECURED | 41.47 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | UNSECURED | 14.20 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| WEBSTER EMERGENCY PH | UNSECURED | 591.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 16,652.98 | 16,218.09 | 16,218.09 | 4,814.89 | .00 |
| WELLS FARGO | OTHER | .00 | NA | NA | .00 | .00 |
| WESTLAKE HOSPITAL | UNSECURED | 854.22 | NA | NA | .00 | .00 |
| SHERESE ROBINSON | OTHER | .00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | NA | 1,184.67 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 564.41 | 564.41 | 167.57 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | UNSECURED | NA | 1,323.57 | 1,323.57 | 392.94 | .00 |
| LVNV FUNDING | UNSECURED | NA | 1,102.93 | 1,102.93 | 327.44 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 3,098.45 | 3,098.45 | 758.05 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-12319   Doc 54   Filed 09/14/11   Entered 09/14/11 18:01:20   Desc Main
                          Document      Page 5 of 5

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 16,347.61 | 16,347.61 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,347.61 | 16,347.61 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,795.59 | 5,795.59 | .00 |
| **TOTAL PRIORITY:** | 5,795.59 | 5,795.59 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 35,650.93 | 10,412.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,489.87 |
| Disbursements to Creditors | $ | 32,555.43 |
| **TOTAL DISBURSEMENTS:** | $ | 37,045.30 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/14/2011                                        /s/ Tom  Vaughn
                                                          Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**